PHILLIP A. TALBER
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 510-388-7026<br><br>Apple I-Phone 11 Pro, serial #FK1ZH09HN70M, cellular telephone #510-388-7026. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITSS<br><br>CASE NO: 2:21-SW-0227 KJN<br><br>CASE NO: 2:21-SW-0228 KJN |

FILED Mar 18, 2022 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 03/18/2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE